UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JERAD R. ANGLE,

    Plaintiff,

v.

Case No. 2:18-cv-266
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

CITY OF NEWARD, OHIO, *et al.*,

    Defendants.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on August 14, 2018. (ECF No. 13.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation.

For the reasons set forth in the Magistrate Judge's Report and Recommendation, this action is **DISMISSED WITHOUT PREJUDICE** against Defendants John/Jane Doe 1-5 for failure to timely effect service pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED.

9-6-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE