# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | ) | |
|---|---|---|
| Jerad R. Angle | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:18-cv-266 |
| City of Newark, et al., | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court GRANTS Defendants' Motion for Summary Judgment on Plaintiff's § 1983 claims for false arrest, civil conspiracy, and malicious prosecution (ECF No. 18).  The Court DISMISSES WITHOUT PREJUDICE all state law claims.  This case is terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edmund A. Sargus, Jr. on a motion for Summary Judgment

Date: 06/18/2019

CLERK OF COURT

*(signature)*

Signature of Clerk or Deputy Clerk